**MEMORANDUM**

TO: *HONORABLE GEORGE B. DANIELS*
    *UNITED STATES DISTRICT JUDGE*

FROM: _CLAY SMITH_
      *PRETRIAL SERVICES OFFICER*

RE: *LUKMAN KASSIMU*
Docket: #07-CR-00056
         #08-CR-1006

*The attached memorandum was prepared by Pretrial Services Officer*

Clay Smith                              805-4107
*Name*                                  *Phone Number*

*will present Your Honor significant details about the bail Conditions which were imposed on
the above cited defendant.*

*We are requesting direction from the Court. Please initial the appropriate box(es) and return
this form to us so that we may comply with your instructions.*

[ ]   *I have reviewed the information that you have supplied. I do not believe that this
      matter requires any action by the Court at this time.*

[✓]   *Please inform all parties concerned that I will conduct a bail Review Hearing in
      Courtroom#* 21D *on* JULY 2 *at* 10:00 AM.
                    *Date*           *Time*

*I request that a Bail Review Hearing be conducted by:*

[ ]   *The presiding Magistrate Judge in courtroom #5A.*

[ ]   *The District Court Judge presiding in Part I.*

[ ]   *George B Daniels*
      *Judicial Officer*                    JUN 2 9 2009
      HON. GEORGE B. DANIELS